**No. 42132.**—Protests 606809–G, etc., of Otto Roth & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42133.**—Protests 596374–G, etc., of Scaramelli & Co., Inc. (Boston).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42134.**—Protests 715390–G, etc., of Industrial Chemical Sales Co., Inc., et al. (Baltimore, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, SEPTEMBER 14, 1939

**No. 42135.**—Protest 463538–G of Ikle Freres & Co. (New York).

Opinion by TILSON, J. The record showed that certain items consist of embroidered-net trimmings similar to those involved in *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 42136.**—Protests 441141–G, etc., of Stern Bros. (New York).

Opinion by TILSON, J. It was stipulated that certain items consist of filet lace articles similar to those passed upon in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065), and Normandy lace articles like those the subject of *United States* v. *Amrein* (26 id. 353, C. A. D. 40). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 42137.**—Protest 150876–G of Kalil Akkoul (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Amrein* v. *United States* (T. D. 49551) the laces in question were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 42138.**—Protests 161601–G, etc., of Bloomingdale Bros. et al. (New York).

Opinion by TILSON, J. It was stipulated that certain items consist of filet laces or Normandy laces. The claim at 75 percent under paragraph 1430 was therefore sustained.